UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EUGENE BRIAN GARVIE,

               Petitioner,

      v.

SCOTT SPEER,

               Respondent.

CASE NO. 2:24-cv-02145-LK

ORDER DENYING CERTIFICATE OF
APPEALABILITY

This matter comes before the Court on an order from the Ninth Circuit Court of Appeals remanding this case "for the limited purpose of granting or denying a certificate of appealability at the court's earliest convenience." Dkt. No. 29 at 1.

A certificate of appealability may issue only where a petitioner has made "a substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2). A petitioner satisfies this standard "by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

ORDER DENYING CERTIFICATE OF APPEALABILITY - 1

Under this standard, for the reasons provided in this Court's prior order denying Petitioner's motion for relief from judgement, Dkt. No. 24, the Court denies a certificate of appealability.

Dated this 18th day of February, 2026.

Lauren King
United States District Judge

ORDER DENYING CERTIFICATE OF APPEALABILITY - 2